AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*August 21, 2025*

Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Sorin Valentin GRIVETEANU | ) | Case No. 4:25-mj-502 |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 31, 2025__ in the county of __Harris__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(5) | a native and citizen of Romania, and an alien unlawfully present in the United States at Houston, Texas, and knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm, specifically a Glock 19, 9mm semi-automatic firearm, Serial Number: ZUH820, which had been shipped and transported in interstate commerce, in violation of Title 18, United States code, Section 922(g)(5)(A). |

This criminal complaint is based on these facts:

See Attached Affidavit in support of the Criminal Complaint

☒ Continued on the attached sheet.

*Complainant's signature*

Stacey M. Owens, HSI Special Agent
*Printed name and title*

Sworn to me telephonically.

Date: 08/21/2025

*Judge's signature*

City and state: Houston, TX

U.S. Magistrate Judge, Peter Bray
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Stacey Owens, being duly sworn by telephone, hereby depose and say:

(1) I am a Special Agent with the United States Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). I have been employed with ICE since October 2008, and have worked as a Special Agent since December 2011. Prior to my employment with HSI, I was an Immigration Enforcement Agent and a Customs and Border Protection Officer. During this time, I have been involved in investigations and apprehension of persons involved in human smuggling, the trafficking of narcotics, the proceeds from narcotics and human smuggling, bulk cash smuggling, and other financial crimes. I have also investigated violations of firearms laws, including 18 U.S.C. § 922.

(2) On July 31, 2025, at approximately 9:13 a.m., officers with the Houston Police Department (HPD) conducted a traffic stop of a white Volkswagen Jetta sedan operated by Sorin Valentin GRIVETEANU after observing that the vehicle's registration was expired. The stop took place in the Southern District of Texas.

(3) Upon contacting GRIVETEANU, HPD officers determined that he did not possess a valid driver license, had no proof of insurance for the vehicle and had active warrants for outstanding traffic violations. During the stop, officers asked GRIVETEANU if there were any weapons in the vehicle. GRIVETEANU told the Officers that there was a firearm in the glove compartment. GRIVETEANU was arrested due to active warrants for outstanding traffic violations.

(4) Officers retrieved a Glock, 9mm semi-automatic firearm, Serial Number: ZUH820, from the center armrest compartment. The firearm was later determined to have been manufactured in Austria, outside the State of Texas, and thus traveled in and affected interstate and/or foreign commerce.

(5) Further investigation revealed that GRIVETEANU is a citizen and national of Romania. Record checks through Department of Homeland Security databases confirmed that GRIVETEANU entered the United States on a nonimmigrant visa that expired in 2018. He also possesses an expired Romanian passport. GRIVETEANU has no legal status to remain in the United States.

(6) On August 19, 2025, I interviewed GRIVETEANU. I read GRIVETEANU his *Miranda* rights. GRIVETEANU stated that he understood his rights and agreed to answer my questions without an attorney present. I asked GRIVETEANU if he knew he was in the United States illegally. GRIVETEANU said yes. GRIVETEANU also told me that he knew he was not

supposed to possess a gun but carried one because he carries a lot of cash for the business he operated.

(7) Based on the foregoing, there is probable cause to believe that Sorin Valentin GRIVETEANU, an alien illegally and unlawfully present in the United States, did knowingly possess a firearm in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g)(5)(A).

On August 19, 2025, I contacted the U.S. Attorney's Office, Southern District of Texas, Houston Division, concerning this criminal complaint. On or about that day, Assistant U.S. Attorney John Ganz accepted this case for prosecution for a violation of 18 U.S.C. § 922(g)(5)(A).

_____
Stacey M. Owens, Special Agent
United States Department of Homeland Security
Homeland Security Investigations

Signed and sworn telephonically before me this 21st day of August, 2025, and I find probable cause.

_____
Honorable Peter Bray
United States Magistrate Judge
Southern District of Texas